**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| FRANCISCO BARBOSA DE ALMEIDA | CIVIL ACTION NO. 26-3098 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ANGEL WOLFE, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

# ORDER

Francisco Barbosa De Almeida ("Petitioner") has filed a petition for habeas corpus, Record Document 1, and an emergency motion for temporary restraining order, Record Document 2. The habeas petition is **REFERRED** to the Magistrate Judge for Report and Recommendation. Record Document 1. For the following reasons, the emergency motion for temporary restraining order is **DENIED**. Record Document 2.

In his emergency motion, Petitioner seeks either immediate release or a bond hearing. Record Document 2 at a. As counsel for the Petitioner acknowledged, his motion mirrors the same relief demanded in his habeas petition. "Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now…The Court will not allow Petitioner to commit an end-run around the habeas process." *Da Silva v. Tellez*, No. 25-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025). As such, he is not entitled to injunctive relief.

Alternatively, Petitioner asks for an order prohibiting his transfer to another jurisdiction. Such a transfer would not deprive the Court of jurisdiction, and therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of August, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE